IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JILL AYRES, an individual;<br><br>     Plaintiff,<br><br> vs.<br><br>NEBRASKA DEPARTMENT OF HEALTH & HUMAN SERVICES, A Nebraska Political Subdivision; JOAN WELDON, in her official and individual capacities, TALANA SAYRE, in her official and individual capacities, SARAH BROCK, in her official and individual capacities; BRENDA CHASE, in her official and individual capacities, DIANE MARTIG, in her official and individual capacities, and LANA SAYERS, in her official and individual capacities,<br><br>     Defendants. | 4:17CV3116<br><br>**FINDINGS AND RECOMMENDATION** |

  Plaintiff commenced this action in state court on August 3, 2017. (Filing No. 1-1). Defendants removed the action to this court on September 1, 2017. (Filing No. 1). With leave of the Court, Plaintiff filed an amended complaint on January 18, 2018. (Filing No. 25). Sarah Brock is a named defendant in both the original complaint and the amended complaint. Based on the record before the Court, Plaintiff never served defendant Sarah Brock, and Sarah Brock has not voluntarily appeared.

  On January 19, 2018, the undersigned magistrate judge issued an order requiring Plaintiff to show cause why this case should not be dismissed as to Sarah Brock pursuant to Federal Rule of Civil Procedure 4(m). (Filing No. 28). The show cause order warned Plaintiff that failure to timely comply with the order may result in dismissal of the action against Sarah Brock without further notice. The deadline for responding to the show cause order was February 9, 2018. Plaintiff did not respond. Accordingly,

**IT IS HEREBY RECOMMENDED** to Chief Judge Laurie Smith Camp that Sarah Brock be dismissed as a defendant for failure of service and want of prosecution.

Dated this 12th day of February, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge

**ADMONITION**

A party may object to a magistrate judge's findings and recommendation by filing an objection within fourteen (14) days after being served with a copy of the findings and recommendation. NECivR 72.2. Failure to timely object may constitute a waiver of any objection.