IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JILL AYRES, an individual;<br><br>                Plaintiff,<br><br>   vs.<br><br>JOAN WELDON, in her official capacity;<br>BRENDA CHASE, in her official capacity;<br>TALANA SAYRE, in her official and<br>individual capacities; and DIANE MARTIG, in<br>her official capacity;<br><br>                Defendants. | 4:17CV3116<br><br>ORDER |

This matter is before the Court following a telephone conference held on July 16, 2018, with counsel for the parties. The Court requested the conference after review of the parties' Rule 26(f) Report (Filing No. 45) wherein the defendants raised the issue of staying all discovery pending their anticipated motion raising the defense of qualified immunity. In accordance with the Court's discussion during the conference,

**IT IS ORDERED:**

1. **Motion to Stay Discovery.**
   a. Defendants shall file any motion to stay discovery on or before **July 30, 2018.**
   b. Plaintiff may file her opposition on or before **August 13, 2018**.
   c. Defendants may file a reply on or before **August 20, 2018**, after which the motion will be deemed submitted to the Court. See NECivR 7.1.

2. **Motions for Summary Judgment.** All motions to dismiss or for summary judgment *based on qualified immunity* shall be filed not later than **October 15, 2018.** See NECivR 56.1 and NECivR 7.1.

3. On or before **July 30, 2018,** Plaintiff shall file any necessary motion regarding her request to re-add Sarah Brock as a defendant, who was previously dismissed from the case for Plaintiff's failure to serve her pursuant to Fed. R. Civ. P. 4(m).

Dated this 16th day of July, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge